**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| TONY R. BROWN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  1:24-cv-00224-SRW |
| | ) |
| GREGORY N. SMITH, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

In accordance with the Opinion, Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this  27th day of  March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE